IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -1 PM 5: 07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

BECKY CAMPBELL, )
  )
            Plaintiff, )
  )
vs. ) Civ. No. <u>05-2589-Ml/P</u>
  )
MANOR CARE, INC., )
f/k/a HCR MANOR CARE, INC., )
et al., )
  )
            Defendants. )

## ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME

Before the court is defendants Orion Memphis, LLC, d/b/a Atrium of Memphis; Orion Memphis, LLC; Orion Care Services, LLC; Essex Healthcare Corporation; Crystal March, and Robert Craft's, motion for extension of time, filed August 19, 2005 (dkt #5). In the motion, these defendants ask for a thirty-day extension, to September 21, 2005, to respond to plaintiff's complaint. On August 31, 2005, the plaintiff filed her response, in which she states that she does not oppose a twenty-day extension, but does oppose a thirty-day extension. For good cause shown, the defendants' motion

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __9/2/05__

9

is GRANTED. Defendants shall have up to and including September 21, 2005, to respond to the complaint.

IT IS SO ORDERED.

/s/ Tu M. Pham
TU M. PHAM
United States Magistrate Judge

September 1, 2005
Date

-2-

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02589 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

Rebecca Adelman
LAW AND MEDIATION OFFICE OF REBECCA ADELMAN
545 S. Main St.
Ste. 111
Memphis, TN 38103

Marc A. Sorin
LAW OFFICE OF REBECCA ADELMAN, PLC
545 S. Main St.
Ste. 101
Memphis, TN 38103

Jonathan W. McCrary
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Brian Reddick
WILKES & MCHUGH, P.A.
425 West Capitol Avenue
Ste. 3500
Little Rock, AR 72201

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

John B. Burgess
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable Jon McCalla
US DISTRICT COURT