IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT 20 PM 3: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| Becky Campbell, as Power of Attorney of Ronald Campbell, an incapacitated person,<br><br>Plaintiff,<br><br>v.<br><br>Manor Care, Inc. f/k/a HCR Manor Care, Inc.; Health Care Retirement Corporation; Health Care and Retirement Corporation of America d/b/a Heartland of Memphis (n/k/a Atrium of Memphis); Orion Memphis, LLC d/b/a Atrium of Memphis; Orion Care Services, LLC; Essex Healthcare Corporation; Michael McCann, in his capacity as Administrator of Atrium of Memphis; Crystal March, in her capacity as Administrator of Atrium of Memphis; Robert Craft, in his capacity as Administrator of Atrium of Memphis; and John Does 1 though 10 | No. 2:05-cv-02589-JPM/tmp |

## ~~PROPOSED~~ ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY BRIEF TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Reply Brief to Defendants' Response to Plaintiff's Motion to Remand is granted.

Dated at Memphis, Tennessee this 20 day of Oct., 2005.

_____
JUDGE JON P. McCALLA

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 10-21-05

(29)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CV-02589 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Jonathan W. McCrary
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Rebecca Adelman
LAW AND MEDIATION OFFICE OF REBECCA ADELMAN
545 S. Main St.
Ste. 111
Memphis, TN 38103

Marc A. Sorin
LAW OFFICE OF REBECCA ADELMAN, PLC
545 S. Main St.
Ste. 101
Memphis, TN 38103

Brian Reddick
WILKES & MCHUGH, P.A.
425 West Capitol Avenue
Ste. 3500
Little Rock, AR 72201

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

John B. Burgess
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Honorable Jon McCalla
US DISTRICT COURT