UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 NOV 16 PM 4: 47
16.3336

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

BECKY CAMPBELL as Power of Attorney for
ROBERT CAMPBELL, an incapacitated person

    Plaintiff,

v.                                                No. 2:2005cv02589

MANOR CARE, INC. f/k/a HCR MANOR
CARE, INC.; HEALTH CARE AND RETIREMENT
CORPORATION; HEALTH CARE AND
RETIREMENT CORPORATION OF AMERICA
d/b/a HEARTLAND OF MEMPHIS (n/k/a Atrium
of Memphis); ORION MEMPHIS, LLC d/b/a ATRIUM
OF MEMPHIS; ORION CARE SERVICES, LLC; ESSEX
HEALTHCARE CORPORATION; MICHAEL McCANN,
In his capacity as Administrator of Atrium of Memphis;
CRYSTAL MARCH, in her Capacity as Administrator of
Atrium of Memphis; ROBERT CRAFT, in his Capacity as
Administrator of Atrium of Memphis; and JOHN DOES 1
THROUGH 10,

    Defendants.

### ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DISCOVERY

Upon the Motion of Defendants, Health Care and Retirement Corp. of America d/b/a Heartland of Memphis and Michael McCann, it is hereby ordered that the Defendants shall have until December 14, 2005, to respond to Plaintiff's First Set of Interrogatories and First Request for Production of Documents.

ALL OF WHICH IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-17-05

55

_____
U.S. MAGISTRATE

DATE: November 16, 2005

S:\ACTIVE FILES\3336.16\SUBSTANTIVE\order granting ext.doc

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:05-CV-02589 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Rebecca Adelman
LAW AND MEDIATION OFFICE OF REBECCA ADELMAN
545 S. Main St.
Ste. 111
Memphis, TN 38103

John B. Burgess
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Marc A. Sorin
LAW OFFICE OF REBECCA ADELMAN, PLC
545 S. Main St.
Ste. 101
Memphis, TN 38103

Cameron C. Jehl
WILKES & McHUGH- Little Rock
425 West Capitol Ave.
Ste. 3500
Little Rock, AR 72201

Jonathan W. McCrary
MCNABB BRAGORGOS & BURGESS, PLLC
81 Monroe Ave.
Sixth Floor
Memphis, TN 38103--540

Brian Reddick
WILKES & MCHUGH, P.A.
425 West Capitol Avenue
Ste. 3500
Little Rock, AR 72201

Courtney S Schuyler
MCNABB BRAGORGOS & BURGESS PLLC
81 Monroe Ave
6th Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT